```
JON M. ICHINAGA (#137290)
  Chief Counsel
  Jon.Ichinaga@dfeh.ca.gov
MARI MAYEDA (#110947)
  Associate Chief Counsel
  Mari.Mayeda@dfeh.ca.gov
ALEXANDRA SELDIN (#239708)
  Senior Staff Counsel
  Alexandra.Seldin@dfeh.ca.gov
JULIA L. MONTGOMERY (#184083)
  Senior Staff Counsel
  Julie.Montgomery@dfeh.ca.gov
DEPARTMENT OF FAIR EMPLOYMENT
AND HOUSING
2218 Kausen Drive, Suite 100
Elk Grove, CA  95758
Telephone: 916-478-7251
Fax: 888-382-5293

Attorneys for Plaintiff
Phyllis W. Cheng, Director of the California
Department of Fair Employment and Housing
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHYLLIS W. CHENG, in her official capacity as DIRECTOR OF THE CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California, on behalf of Real Parties in Interest and all Similarly Situated Individuals,<br><br>                                       Plaintiff,<br><br>v.<br><br>WINCO FOODS, LLC; WINCO HOLDINGS, INC.,<br>                                       Defendants.<br>_____<br><br>CRISTINA VERDUZCO, an Individual; and ANGELINA GONZALEZ-DIAZ, an Individual, and all other similarly situated individuals,<br><br>                    Real Parties in Interest.<br>_____ | **CASE NO:** 3:14-CV-00483 JST<br><br>**DECLARATION OF ALEXANDRA SELDIN IN SUPPORT OF STIPULATION TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT AND DEFENDANT'S REPLY BRIEF** |

-1-
_____
Declaration of Alexandra Seldin Re Stipulation To Extend Time To File Opposition and Reply Briefs
Case No. 3:14-CV-00483 JST

COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

I, Alexandra Seldin, declare:

1. I am an attorney licensed to practice before the U.S. District Court, Northern District of California. I am employed as Senior Staff Counsel by the California Department of Fair Employment and Housing ("DFEH"). I make this declaration in support of the Stipulation to Extend Time to File Plaintiff's Opposition to Defendant's Motion to Dismiss Complaint and Defendant's Reply Brief. I am familiar with the litigation of this matter and state the following facts based on personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. On March 4, 2014, Defendant filed the Notice of Motion and Motion to Dismiss Plaintiff's Complaint; Memorandum of Points and Authorities in Support Thereof ("Motion"), (Docket No. 10). The Motion was noticed for hearing on April 10, 2014.

3. On March 5, 2014, the Court issued a Notice Continuing Motion Hearing as to Motion to Dismiss, to April 24, 2014 (Docket No. 14).

4. On March 11, 2014, I spoke with Kristina Launey, attorney for Defendant WinCo in this matter, and we agreed to stipulate that the deadlines to file Plaintiff's Opposition and Defendant's Reply may be extended by one week each, so that DFEH may file and serve the Opposition to Defendant's Motion to Dismiss on or before March 25, 2014, and Defendants may file and serve a Reply in Support of the Motion to Dismiss on or before April 8, 2014. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence of Defendant's Counsel to file this document.

5. The additional time is needed to allow the Parties to clarify fully the issues in dispute for the court. The issues include but are not limited to DFEH's jurisdiction and standing to enforce the Americans With Disabilities Act; an issue which has not previously been litigated. This is a complicated legal issue that will require comprehensive briefing.

-2-
_____
Declaration of Alexandra Seldin Re Stipulation To Extend Time To File Opposition and Reply Briefs
Case No. 3:14-CV-00483 JST

6. The stipulation to extend the time for briefing is also appropriate as it does not change the hearing date, gives the Court adequate time to review briefing prior to the hearing, and does not affect the schedule of the case. The Case Management Conference is set for May 7, 2014, approximately two months away. (Docket No. 8.) No discovery or pre-trial dates have been set, and no previous extensions have been granted in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of March, 2014, at San Diego, California.

                                        /s/   Alexandra Seldin
                                          Alexandra Seldin

-3-

Declaration of Alexandra Seldin Re Stipulation To Extend Time To File Opposition and Reply Briefs
Case No. 3:14-CV-00483 JST

COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated