JON M. ICHINAGA (#137290)
  Chief Counsel
  Jon.Ichinaga@dfeh.ca.gov
MARI MAYEDA (#110947)
  Associate Chief Counsel
  Mari.Mayeda@dfeh.ca.gov
ALEXANDRA SELDIN (#239708)
  Senior Staff Counsel
  Alexandra.Seldin@dfeh.ca.gov
JULIA L. MONTGOMERY (#184083)
  Senior Staff Counsel
  Julie.Montgomery@dfeh.ca.gov
DEPARTMENT OF FAIR EMPLOYMENT
AND HOUSING
2218 Kausen Drive, Suite 100
Elk Grove, CA  95758
Telephone: 916-478-7251
Fax: 888-382-5293

Attorneys for Plaintiff
Phyllis W. Cheng, Director of the California
Department of Fair Employment and Housing

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHYLLIS W. CHENG, in her official capacity as DIRECTOR OF THE CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California, on behalf of Real Parties in Interest and all Similarly Situated Individuals,<br><br>        Plaintiff,<br><br>v.<br><br>WINCO FOODS, LLC; WINCO HOLDINGS, INC.,<br><br>        Defendants.<br>_____<br><br>CRISTINA VERDUZCO, an Individual; and ANGELINA GONZALEZ-DIAZ, an Individual, and all other similarly situated individuals,<br><br>        Real Parties in Interest. | **CASE NO:** 3:14-CV-00483 JST<br><br>**STIPULATION TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT AND DEFENDANT'S REPLY BRIEF; [~~PROPOSED~~] ORDER** |

-1-

Stipulation To Extend Time To File Opposition and Reply Briefs; [~~Proposed~~] Order  - Case No. 3:14-CV-00483 JST

Pursuant to Civil Local Rule 6-1(b) and 6-2(a), Plaintiff PHYLLIS W. CHENG, in her official capacity as DIRECTOR OF THE CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING ("DFEH") and Defendants WINCO FOODS, LLC and WINCO HOLDINGS, INC. ("Defendant") stipulate to the following:

1. On March 4, 2014, Defendant filed the Notice of Motion and Motion to Dismiss Plaintiff's Complaint; Memorandum of Points and Authorities in Support Thereof ("Motion"), (Docket No. 10). The Motion was noticed for hearing on April 10, 2014.

2. On March 5, 2014, the Court issued a Notice Continuing Motion Hearing as to Motion to Dismiss, to April 24, 2014 (Docket No. 14).

3. The Parties stipulate that the deadlines to file Plaintiff's Opposition and Defendant's Reply may be extended by one week each, so that DFEH may file and serve the Opposition to Defendant's Motion to Dismiss on or before March 25, 2014, and Defendants may file and serve a Reply in Support of the Motion to Dismiss on or before April 8, 2014.

4. The parties further stipulate to cooperate and grant each other courtesy extensions as they are needed in discovery or otherwise in litigation to the extent those extensions will not jeopardize the parties' respective interests.

Respectfully Submitted,

Dated: March 11, 2014                DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

By:    /s/   Alexandra Seldin
Alexandra Seldin
Attorneys for Plaintiff DFEH



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

Dated: March 12, 2014                                                 SEYFARTH SHAW, LLP


                                                        By:    /s/     Kristina Launey
                                                               Kristina Launey
                                                               Attorneys for Defendant



    Pursuant to the parties' stipulation and the accompanying Declaration of Alexandra Seldin, it is hereby ORDERED that Plaintiff will file and serve its Opposition to Defendants' Motion to Dimiss on or before March 25, 2014, and Defendant will file and serve its Reply on or before April 8, 2014.

    Pursuant to stipulation, IT IS SO ORDERED.


Dated: March 13, 2014                       By: _____
                                                The Honorable Jon S. Tigar
                                                Judge, United States District Court
                                                For the Northern District of California



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated