UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS W. CHENG,<br><br>        Plaintiff,<br><br>    v.<br><br>WINCO FOODS, LLC, et al.,<br><br>        Defendants. | Case No. 14-cv-00483-JST<br><br>**MINUTE ORDER REGARDING NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>Re: ECF No. 17 |

Plaintiff Cheng has filed a "Notice of Pendency of Other Action or Proceeding" pursuant to Civil Local Rule 3-13. ECF No. 17. Civil Local Rule 3-13 applies when the other case is pending "in any *other* federal or state court" (emphasis added). When, as here, the purportedly related case is pending before another judge of *this* court, the applicable rule is Civil Local Rule 3-12. It appears that Plaintiff already filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil L.R. 3-12, and the judge assigned to the earlier-filed case has already determined that the cases are not related.[1] See Clerk's Notice, Stowers v. WinCo Foods, L.L.C., No. 13-cv-02631-TEH (N.D. Cal. Feb. 20, 2014); see also ECF No. 9 in this action. Therefore, Defendants need not file any opposition pursuant to Civil Local Rule 3-13(c), since there is no action the undersigned could take to reassign or transfer this action.

**IT IS SO ORDERED.**

Dated: March 14, 2014

                                                  JON S. TIGAR
                                                United States District Judge

---

[1] Plaintiff did not, as required by Civ. L.R. 3-12(b), file any courtesy copy of the motion on the docket for this action.