| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Nick C. Geannacopulos (SBN 114822) |
| 2 | ngeannacopulos@seyfarth.com |
|   | Laura Maechtlen (SBN 224923) |
| 3 | lmaechtlen@seyfarth.com |
|   | Brian Wong (SBN 260913) |
| 4 | bwong@seyfarth.com |
|   | Courtney K. Bohl (SBN 278812) |
| 5 | cbohl@seyfarth.com |
|   | 560 Mission Street, 31st Floor |
| 6 | San Francisco, California 94105 |
|   | Telephone:     (415) 397-2823 |
| 7 | Facsimile:      (415) 397-8549 |
| 8 | SEYFARTH SHAW LLP |
|   | Kristina M. Launey (SBN 221335) |
| 9 | klauney@seyfarth.com |
|   | 400 Capitol Mall, Suite 2350 |
| 10 | Sacramento, CA 95814-4428 |
|   | Telephone:     (916) 448-0159 |
| 11 | Facsimile:      (916) 558-4839 |
| 12 | Attorneys for Defendants |
|   | WINCO FOODS, LLC and WINCO HOLDINGS, INC. |
| 13 | |
| 14 | JON M. ICHINAGA (#137290) |
|   |   Chief Counsel |
|   | MARI MAYEDA (#110947) |
| 15 |   Associate Chief Counsel |
|   |   Mari.Mayeda@dfeh.ca.gov |
| 16 | JULIA L. MONTGOMERY (#184083) |
|   |   Senior Staff Counsel |
| 17 |  Julie.Montgomery@dfeh.ca.gov |
|   | ALEXANDRA SELDIN (#239708) |
| 18 |   Senior Staff Counsel |
|   |  Alexandra.Seldin@dfeh.ca.gov |
| 19 | KATHLEEN W. MIKKELSON (#56896) |
|   |   Senior Staff Counsel |
| 20 |  Kathy.Mikkelson@dfeh.ca.gov |
|   | DEPARTMENT OF FAIR EMPLOYMENT |
| 21 |   AND HOUSING |
|   | 2218 Kausen Drive, Suite 100 |
| 22 | Elk Grove, CA 95758 |
|   | Telephone: (916) 478-7251 |
| 23 | Facsimile: (888) 382-5293 |
| 24 | Attorneys for Phyllis W. Cheng, Director of |
|   | The Department of Fair Employment and Housing |
| 25 | |
| 26 | UNITED STATES DISTRICT COURT |
| 27 | NORTHERN DISTRICT OF CALIFORNIA |
| 28 | |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES
CASE NO. CV-14-00483 JST

17113043v.2

| | |
|---|---|
| PHYLLIS W. CHENG, in her official capacity as DIRECTOR OF THE CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California, on behalf of Real Parties in Interest and all Similarly Situated Individuals,<br><br>           Plaintiff,<br><br>     v.<br><br>WINCO FOODS, LLC; WINCO HOLDINGS, INC.,<br><br>           Defendants.<br><br>CRISTINA VERDUZCO, an Individual; and ANGELINA GONZALEZ-DIAZ, an Individual, and all other similarly situated individuals,<br><br>           Real Parties in Interest. | Case No. CV-14-00483 JST<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Date:         May 7, 2014<br>Time:        2:00 P.M.<br>Courtroom: 9 (19th Floor)<br>Judge:       Hon. Jon S. Tigar |

Pursuant to Civil Local Rule 7-12, Defendants WINCO FOODS, LLC and WINCO HOLDINGS, INC. (collectively "Defendants" or "WinCo") and Plaintiff PHYLLIS W. CHENG, in her official capacity as DIRECTOR OF THE CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING ("DFEH" or "Plaintiff") stipulate that the Case Management Conference presently scheduled for May 7, 2014 at 2:00 p.m. be continued to June 4, 2014, and that all related deadlines be modified accordingly.

Counsel for all Parties have met and conferred, and agreed that it would be in the Parties' and the Court's interest to continue the Case Management Conference. The Parties believe it would be reasonable to continue the Case Management Conference to follow the Court's ruling on the pending motion to dismiss, scheduled to be heard on April 24, 2014, as it could affect the scope of issues and case management statement.

Based on the foregoing, Plaintiff and Defendants respectfully request that the Case Management Conference currently scheduled for May 7, 2014, be continued to June 4, 2014.

DATED:  April 14, 2014												Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Kristina M. Launey*
    Nick C. Geannacopulos
    Laura Maechtlen
    Kristina M. Launey
    Brian Wong
    Courtney K. Bohl

Attorneys for Defendants
WINCO FOODS, LLC and WINCO HOLDINGS, INC.

DATED:  April 14, 2014												DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING


By:  */s/ Julia L. Montgomery*
    Alexandra Seldin
    Julia L. Montgomery

Attorneys for Plaintiff
Phyllis W. Cheng, Director of the California Department of Fair Employment and Housing


### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory Alexandra Seldin.

DATED:  April 14, 2014				By:		/s/ Kristina M. Launey
											Kristina M. Launey

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management Conference, currently set for May 7, 2014, at 2:00 p.m.is continued to June 4, 2014 at 2:00 p.m.  Pursuant to this Court's Standing Order, the Parties' Joint Case Management Statement will be due no fewer than 10 days before the Case Management Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 14, 2014                         By: _____
                                              The Honorable
                                              Judge
                                              For the Northern District of California

