UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS W. CHENG, in her official capacity as DIRECTOR OF THE CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California, on behalf of Real Parties in Interest and all Similarly Situated Individuals, <br><br> Plaintiff(s), <br><br> v. <br><br> WINCO FOODS, LLC; WINCO HOLDINGS, INC. <br><br> Defendant(s). | CASE NO. CV-14-00483 JST <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and A.D.R. L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐     Non-binding Arbitration (ADR L.R. 4)
☐     Early Neutral Evaluation (ENE)   (ADR L.R. 5)
**X**     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐     Private ADR (*please identify process and provider*)  _____

_____

The parties agree to hold the ADR session by:
☐     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

**X**     other requested deadline: 150 days from the date of the order referring the case to mediation.

Dated: April 11, 2014                                    /s/ Julia L. Montgomery_____

                                                                Attorney for Plaintiff

Dated:April 11, 2014        /s/ Kristina M. Launey
                                                    Attorney for Defendants

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

document has been obtained from the other signatories.

Dated: April 11, 2014        /s/ Kristina M. Launey
                                                   Kristina M. Launey

## [PROPOSED] ORDER

☒      The parties' stipulation is adopted and IT IS SO ORDERED.
☐      The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: April 22, 2014                                              COURT JUDGE

