United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHYLLIS W. CHENG,

      Plaintiff,

   v.

WINCO FOODS, LLC, et al.,

      Defendants.

Case No.  14-cv-00483-JST

**ORDER ADVISING PARTIES OF COURT'S TENTATIVE ORDER**

Re: ECF No. 10

     The Court has prepared a tentative order in response to Defendants' motion to dismiss, noticed for hearing on April 24, 2014.  The tentative order is attached at Exhibit A.  The tentative order has been issued solely to prepare counsel for oral argument.  ***The tentative order does not constitute an opinion of the Court and should not be published or cited for any purpose.***

Dated: April 23, 2014

_____

JON S. TIGAR
United States District Judge