SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822)
ngeannacopulos@seyfarth.com
Laura Maechtlen (SBN 224923)
lmaechtlen@seyfarth.com
Brian Wong (SBN 260913)
bwong@seyfarth.com
Courtney K. Bohl (SBN 278812)
cbohl@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, CA 95814-4428
Telephone:     (916) 448-0159
Facsimile:      (916) 558-4839

Attorneys for Defendants
WINCO FOODS, LLC and WINCO HOLDINGS, INC.

JON M. ICHINAGA (#137290)
  Chief Counsel
MARI MAYEDA (#110947)
  Associate Chief Counsel
  Mari.Mayeda@dfeh.ca.gov
JULIA L. MONTGOMERY (#184083)
  Senior Staff Counsel
 Julie.Montgomery@dfeh.ca.gov
ALEXANDRA SELDIN (#239708)
  Senior Staff Counsel
  Alexandra.Seldin@dfeh.ca.gov
KATHLEEN W. MIKKELSON (#56896)
  Senior Staff Counsel
 Kathy.Mikkelson@dfeh.ca.gov
DEPARTMENT OF FAIR EMPLOYMENT
  AND HOUSING
2218 Kausen Drive, Suite 100
Elk Grove, CA 95758
Telephone: (916) 478-7251
Facsimile: (888) 382-5293

Attorneys for Phyllis W. Cheng, Director of
The Department of Fair Employment and Housing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES
CASE NO. CV-14-00483 JST

17234454v.1

| | |
|---|---|
| PHYLLIS W. CHENG, in her official capacity as DIRECTOR OF THE CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California, on behalf of Real Parties in Interest and all Similarly Situated Individuals,<br><br>          Plaintiff,<br><br>  v.<br><br>WINCO FOODS, LLC; WINCO HOLDINGS, INC.,<br><br>          Defendants.<br><hr>CRISTINA VERDUZCO, an Individual; and ANGELINA GONZALEZ-DIAZ, an Individual, and all other similarly situated individuals,<br><br>          Real Parties in Interest. | Case No. CV-14-00483 JST<br><br>**STIPULATION TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Date:         June 4, 2014<br>Time:        2:00 P.M.<br>Courtroom:  9 (19th Floor)<br>Judge:       Hon. Jon S. Tigar |

Pursuant to Civil Local Rule 7-12, Defendants WINCO FOODS, LLC and WINCO HOLDINGS, INC. (collectively "Defendants" or "WinCo") and Plaintiff PHYLLIS W. CHENG, in her official capacity as DIRECTOR OF THE CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING ("DFEH" or "Plaintiff") stipulate that the Case Management Conference presently scheduled for June 4, 2014 at 2:00 p.m. be continued to July 9, 2014, and that all related deadlines be modified accordingly.

Counsel for all Parties have met and conferred, and agreed that it would be in the Parties' and the Court's interest to continue the Case Management Conference to follow the Court's ruling on the Motion to Dismiss, which the Court took under submission on April 24, 2014, as the Court's ruling could affect the scope of issues and case management statement.

Based on the foregoing, Plaintiff and Defendants respectfully request that the Case Management Conference currently scheduled for June 4, 2014, be continued to July 9, 2014.

DATED:  May 9, 2014

Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Kristina M. Launey*
    Nick C. Geannacopulos
    Laura Maechtlen
    Kristina M. Launey
    Brian Wong
    Courtney K. Bohl

Attorneys for Defendants
WINCO FOODS, LLC and WINCO HOLDINGS, INC.

DATED:  May 9, 2014

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING


By:  */s/ Julia L. Montgomery*
    Alexandra Seldin
    Julia L. Montgomery

Attorneys for Plaintiff
Phyllis W. Cheng, Director of the California Department of Fair Employment and Housing


### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory Julia L. Montgomery.


DATED:  May 9, 2014            By:    /s/ Kristina M. Launey
                                       Kristina M. Launey

3
STIPULATION TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES
CASE NO. CV-14-00483 JST
17234454v.1

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the Case Management Conference, currently set for June 4, 2014, at 2:00 p.m.is continued to July 9, 2014 at 2:00 p.m.  Pursuant to this Court's Standing Order, the Parties' Joint Case Management Statement will be due no fewer than 10 days before the Case Management Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 9, 2014                    By: _____



The Honorable Jon S. Tigar
Judge of the United States District Court
For the Northern District of California

---

4

STIPULATION TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES
CASE NO. CV-14-00483 JST

17234454v.1