UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS W. CHENG, <br><br>   Plaintiff, <br><br>   v. <br><br> WINCO FOODS, LLC, et al., <br><br>   Defendants. | Case No. 14-cv-00483-JST <br><br> **ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED WITH PREJUDICE PURSUANT TO RULE 41(B)** |

On June 10, the Court dismissed the complaint in this action without prejudice, granted Plaintiff leave to file an amended complaint within 30 days, and noted that failure to comply with that order would result in dismissal with prejudice. ECF No. 45. Plaintiff has failed to comply with this order.

Therefore, the Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's federal claims should not be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff shall file a written response to this order no later than 14 days from the date of this order. If Plaintiff fails to file a response by this date, the federal claims will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 18, 2014

_____
JON S. TIGAR
United States District Judge