United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS W. CHENG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WINCO FOODS, LLC, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-00483-JST<br><br>**ORDER DISMISSING FEDERAL CLAIM WITH PREJUDICE; CLOSING CASE**<br><br>Re: ECF No. 50 |

　　　In light of Plaintiff's submission, ECF No. 50, the Court hereby DISMISSES Plaintiff's federal claim WITH PREJUDICE. The Court will not exercise supplemental jurisdiction over Plaintiff's state-law claims. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 5, 2014

_____
JON S. TIGAR
United States District Judge